UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MASON L., | Case No. 22-CV-1800 (PJS/DJF) |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

---

Clifford M. Farrell, MANRING & FARRELL, for plaintiff.

Sophie Doroba, SOCIAL SECURITY ADMINISTRATION, for defendant.

Plaintiff Mason L. brought this action to challenge the decision of the Commissioner of Social Security (the "Commissioner") denying Mason's application for Supplemental Social Security Income under Title XVI of the Social Security Act. This matter is before the Court on Mason's objection to the June 21, 2023 Report and Recommendation ("R&R") of Magistrate Judge Dulce J. Foster. Judge Foster recommends denying Mason's motion for summary judgment and granting the Commissioner's motion for summary judgment. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court agrees with Judge Foster that the administrative law judge sufficiently explained her

findings as to Mason's residual functional capacity.  The Court therefore overrules Mason's objection and adopts Judge Foster's thorough and careful R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES Mason's objection [ECF No. 23] and ADOPTS Judge Foster's R&R [ECF No. 22].  Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for summary judgment [ECF No. 15] is DENIED.

2. Defendant's motion for summary judgment [ECF No. 19] is GRANTED.

3. The Commissioner's decision is AFFIRMED.

3. Plaintiff's complaint [ECF No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 16, 2023  s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court